

NUMBER 13-08-00475-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

ANGELA HERNANDEZ,                                                    Appellant,

v.

THE STATE OF TEXAS,                                                    Appellee.

On Appeal from the 28th District Court
of Nueces County, Texas.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam

Appellant, Angela Hernandez, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and DISMISS the appeal. Having

dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Memorandum Opinion delivered and
filed this 25th day of September, 2008.